**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
SEP 21 2004
Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | UN-SEALED PER _arrest of_ |
| § | _defendant_ |
| v. § | CRIMINAL NO. 04- |
| § | CR-H-04-432 |
| BASIMAH ATALLAH YOUSEF ABUSADA § | |
| § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about September 1, 2003, within the Houston Division of the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**Basimah Atallah Yousef Abusada,**

knowingly and intentionally was about to transport monetary instruments of more than ten thousand dollars ($10,000) at one time, that is, $52,737 in U.S. currency, from a place inside the United States, to wit: Houston, Texas, to a place outside the United States, to wit: Frankfurt, Germany, by filing a false Report of International Transportation of Currency or Monetary Instruments (Customs Form 4790).

In violation of Title 31 United States Code, Sections 5316(a)(1)(A), 5322(a) and 31 Code of Federal Regulations, Section 103.23.

## COUNT TWO

On or about September 1, 2003, within the Houston Division of the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**Basimah Atallah Yousef Abusada,**

with intent to evade a currency reporting requirement under Title 31 United States Code, Section 5316 knowingly concealed more than ten thousand dollars ($10,000), that is, $52,737 in U.S. currency, on her person and in other articles of luggage, in an attempt to transport said currency from a place inside the United States, to wit: Houston, Texas, to a place outside the United States, to wit: Frankfurt, Germany.

In violation of Title 31 United States Code, Section 5332 (a)(1) & (2).

**A TRUE BILL**

FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: *[signature]*
Jeff Vadeb
Assistant U.S. Attorney
(713) 567-9340